UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:15-CV-411-BR

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA and THE | ) | |
| CENTER OF THE WORLD, W.T.C., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the 17 September 2015 Memorandum and

Recommendation ("M&R") of U.S. Magistrate Judge Robert B. Jones, Jr.   (DE # 4.)   In the

M&R, Judge Jones concluded that plaintiff's complaint is patently frivolous and fails to state a

claim upon which relief can be granted because it is largely illegible and plaintiff appears to

bring a *Bivens* claim against the United States and the World Trade Center, possibly based on

pregnancy and sexual orientation discrimination.   (Id. at 4.)   Accordingly, Judge Jones

recommends that plaintiff's complaint be dismissed.   (Id.)   On 5 October 2015, plaintiff filed a

virtually illegible document that appears to contain the word "appeal" under the case caption,

which document the court will presume is an objection to the M&R.   (DE # 5.)   As such, the

court has conducted a *de novo* review of the M&R.   See 28 U.S.C. § 636(b)(1).   The court

agrees with Judge Jones' conclusions.   Plaintiff's objection to the M&R is OVERRULED, and

the court ADOPTS the M&R as its own.   This case is DISMISSED WITH PREJUDICE

pursuant to 28 U.S.C. § 1915(e)(2)(B).   The Clerk is DIRECTED to close this case.

This 6 October 2015.

_____
W. Earl Britt
Senior U.S. District Judge